IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ADRIAN PREASTER, | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00506-TES |
| | * |
| WERNER ENTERPRISES INC et al, | |
| | * |
| Defendants. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated January 25, 2024, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Houston County, Georgia.

This 29th day of January, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk